## NOTICE OF CONSENT

I am an individual currently or formerly working for (name of company). I consent to be a plaintiff seeking unpaid wages and other relief that may be appropriate, if any. I choose to be represented by Moore & Associates and any other attorneys with whom they may associate, to represent me for all purposes in this action. I designate and authorize Moore & Associates as my agent to make decisions on my behalf concerning the case and the method and manner of conducting the case. I understand that by signing this Notice of Consent, I will be bound by the judgment of the court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of the plaintiffs, if any.

_____    _____    _____
Print Name                 Signature                  Date

## RETURN THIS FORM BY MAIL, E-MAIL, FAX, OR TEXT TO:

Melissa Moore
**MOORE & ASSOCIATES**
440 Louisiana St Ste 675
Houston, TX 77002
Telephone: 713-222-6775
Facsimile: 713-490-9231
Text: 832-780-9364